JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK HERNANDEZ LOPEZ, | ) | Case No. CV 10-1474 MMM (JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| F.X. CHAVEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 31, 2012

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE